04/09/2010 03:20 PM EST

# U.S. Courts
## Case Inquiry Report

**Case Number** DPAE207CR000767   **Case Title** USA VS STACEY WILLIAMS

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | STACEY WILLIAMS | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| 001 | STACEY WILLIAMS | VICTIM RESTITUTION | 46,265.59 | 4,600.00 | 41,665.59 |
| | | | 46,365.59 | 4,700.00 | 41,665.59 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV014115 | WACHOVIA CORP | 46,265.59 | 4,600.00 | 41,665.59 |
| | | 46,265.59 | 4,600.00 | 41,665.59 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

Version 7.0.1   Page 1   of 4

# U.S. Courts
# Case Inquiry Report

**Detailed Party Information:**

| Party Number | Party Name |
|---|---|
| 001 | STACEY WILLIAMS |

**Debt Type**
SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

**VICTIM RESTITUTION**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 6855XX | | | N/A |
| Owed | 46,265.59 | 0.00 | 0.00 | 46,265.59 |
| Collected | 4,600.00 | 0.00 | 0.00 | 4,600.00 |
| Outstanding | 41,665.59 | 0.00 | 0.00 | 41,665.59 |
| Paid | 4,600.00 | 0.00 | N/A | 4,600.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

**Totals**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 46,365.59 | 0.00 | 0.00 | 46,365.59 |
| Collected | 4,700.00 | 0.00 | 0.00 | 4,700.00 |
| Outstanding | 41,665.59 | 0.00 | 0.00 | 41,665.59 |
| Paid | 4,600.00 | 0.00 | N/A | 4,600.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

# U.S. Courts
# Case Inquiry Report

## Detailed Payee Information:

| Payee Code | Payee Name |
|---|---|
| CONV014115 | WACHOVIA CORP |

| | Principal | Interest | Total |
|---|---|---|---|
| Owed | 46,265.59 | N/A | 46,265.59 |
| Apportioned | 0.00 | 0.00 | 0.00 |
| Paid | 4,600.00 | 0.00 | 4,600.00 |
| Refunded | 0.00 | 0.00 | 0.00 |
| Outstanding | 41,665.59 | N/A | 41,665.59 |

## Transaction Information:

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CK 3157 DPAE207CR000767-001 | 03/27/2009 1 | 04/30/2009 SPECIAL PENALTY ASSESSMENT | PR | | 100.00 | | STACEY WILLIAMS | 0 | 99 | 504100 |
| CK 3157 DPAE207CR000767-001 | 03/27/2009 2 | 04/30/2009 VICTIM RESTITUTION | PR | | 2,400.00 | | STACEY WILLIAMS | 0 | 99 | 6855XX |
| PK 1102 DPAE207CR000767-001 | 04/30/2009 2 | 04/30/2009 VICTIM RESTITUTION | PR | 1 | 2,200.00 | | WACHOVIA CORP | 0 | 99 | 6855XX |
| CT PPE000253 DPAE207CR000767-001 | 05/08/2009 2 | 05/08/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE002054 DPAE207CR000767-001 | 06/08/2009 2 | 06/08/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE004718 DPAE207CR000767-001 | 07/07/2009 2 | 07/07/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE006530 DPAE207CR000767-001 | 08/05/2009 2 | 08/05/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE008332 DPAE207CR000767-001 | 09/03/2009 2 | 09/03/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| PT 094660535 DPAE207CR000767-001 | 09/18/2009 2 | 09/21/2009 VICTIM RESTITUTION | PR | 1 | 1,000.00 | | WACHOVIA CORP | 0 | 03 | 6855XX |
| CT PPE010446 DPAE207CR000767-001 | 10/07/2009 2 | 10/07/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE011939 DPAE207CR000767-001 | 11/04/2009 2 | 11/04/2009 VICTIM RESTITUTION | PR | | 200.00 | | STACEY WILLIAMS | 0 | 06 | 6855XX |

## U.S. Courts
## Case Inquiry Report

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| PT 1046600793 DPAE207CR000767-001 | 11/18/2009 2 | 11/18/2009 VICTIM RESTITUTION | PR | 1 | 600.00 | WACHOVIA CORP | 0 | 03 | 6855XX |
| CT PPE013656 DPAE207CR000767-001 | 12/03/2009 2 | 12/03/2009 VICTIM RESTITUTION | PR | 1 | 200.00 | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE015438 DPAE207CR000767-001 | 01/06/2010 2 | 01/06/2010 VICTIM RESTITUTION | PR | | 200.00 | STACEY WILLIAMS | 0 | 06 | 6855XX |
| PT 1046601403 DPAE207CR000767-001 | 02/03/2010 2 | 02/03/2010 VICTIM RESTITUTION | PR | | 400.00 | WACHOVIA CORP | 0 | 03 | 6855XX |
| CT PPE017421 DPAE207CR000767-001 | 02/08/2010 2 | 02/08/2010 VICTIM RESTITUTION | PR | 1 | 200.00 | STACEY WILLIAMS | 0 | 06 | 6855XX |
| CT PPE018468 DPAE207CR000767-001 | 03/02/2010 2 | 03/02/2010 VICTIM RESTITUTION | PR | | 200.00 | STACEY WILLIAMS | 0 | 06 | 6855XX |
| PT 1046601915 DPAE207CR000767-001 | 03/15/2010 2 | 03/15/2010 VICTIM RESTITUTION | PR | 1 | 400.00 | WACHOVIA CORP | 0 | 03 | 6855XX |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |
| PK | Payment Authorization - CCA Conversion |
| PT | Payment Authorization - CCA Automated |